B1 (Official Form 1) (4/13)

| United States Bankruptcy Court<br>**CENTRAL** DISTRICT OF **CALIFORNIA** | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*EcoSmart, Inc,*<br>*a Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*aka EcoSmart Fire, aka Brown Jordan Fires* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *56-2668881* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*3641 Holdrege Avenue*<br>*Suite B*<br>*Los Angeles, CA*    ZIPCODE *90016* | Street Address of Joint Debtor (No. & Street, City, and State):    ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME*    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):    ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *SAME*    ZIPCODE | |

**Type of Debtor** (Form of organization)
(Check one box.)
- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other  *Fireplace Sales*

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| [ ]<br>1-49 | [x]<br>50-99 | [ ]<br>100-199 | [ ]<br>200-999 | [ ]<br>1,000-5,000 | [ ]<br>5,001-10,000 | [ ]<br>10,001-25,000 | [ ]<br>25,001-50,000 | [ ]<br>50,001-100,000 | [ ]<br>Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| [x]<br>$0 to $50,000 | [ ]<br>$50,001 to $100,000 | [ ]<br>$100,001 to $500,000 | [ ]<br>$500,001 to $1 million | [ ]<br>$1,000,001 to $10 million | [ ]<br>$10,000,001 to $50 million | [ ]<br>$50,000,001 to $100 million | [ ]<br>$100,000,001 to $500 million | [ ]<br>$500,000,001 to $1 billion | [ ]<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| [ ]<br>$0 to $50,000 | [ ]<br>$50,001 to $100,000 | [x]<br>$100,001 to $500,000 | [ ]<br>$500,001 to $1 million | [ ]<br>$1,000,001 to $10 million | [ ]<br>$10,000,001 to $50 million | [ ]<br>$50,000,001 to $100 million | [ ]<br>$100,000,001 to $500 million | [ ]<br>$500,000,001 to $1 billion | [ ]<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (4/13)

FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*EcoSmart, Inc,*<br>*a  Corporation* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**    (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____    *11/8/2015*<br>  Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/13)

FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | EcoSmart, Inc, <br> a  Corporation |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X _Simon Aron_ (signature)

Signature of Attorney for Debtor(s)

SIMON ARON, ESQ 108183
Printed Name of Attorney for Debtor(s)

Wolf, Rifkin, Shapiro, Schulma & Rabkin, L
Firm Name

11400 West Olympic Blvd, 9th F
Address

Los Angels, Ca  90064

_____
Telephone Number

11/8/2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Alexander Eburne
Signature of Authorized Individual

Alexander Eburne
Printed Name of Authorized Individual

CEO
Title of Authorized Individual

11/8/2015
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos.,<br>State Bar No. & Email Address<br>SIMON ARON, ESQ<br>WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP<br>11400 W. Olympic Boulevard, 9th Floor<br>Los Angeles, CA 90064 | CASE NO.:<br><br>CHAPTER:<br><br>ADVERSARY NO.:<br>(*if applicable*) |
| *Attorney for:* Debtor<br>In re:<br><br>ECOSMART, INC., a California corporation<br><br><br><br><br><br>Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(CORPORATION/PARTNERSHIP)**<br><br>**[LBR 1006-1(h)]** |

☒ Petition, statement of affairs, schedules or lists        Date filed: _____
☒ Amendments to the petition statements of affairs, schedules or lists   Date filed: _____
☐ Other (*specify*): _____    Date filed: _____

**PART I – DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY**

     I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

Date: *11 - 8 - 15*

_____
Signature of authorized signatory of Filing Party
ALEXANDER EBUNE
Printed name of authorized signatory of Filing Party
CHIEF EXECUTIVE OFFICER
Title of authorized signatory of Filing Party

**PART II – DECLARATION OF ATTORNEY FOR FILING PARTY**

     I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed *Part I - Declaration of Authorized Signatory of Debtor or Other Party* of this *Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties.

Date: *11/8/15*

_____
Signature of attorney for Filing Party
SIMON ARON
Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                   **F 1002-1.DEC.ELEC.FILING.CORP**

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re  *EcoSmart, Inc*
    *a   Corporation*

Case No.

Chapter  *11*

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Chemisphere*<br>*P.O. Box 957593*<br>*Saint Louis MO 63195-7593* | Phone:<br>*Chemisphere*<br>*P.O. Box 957593*<br>*Saint Louis MO 63195-7593* | *Vendor* | | $ *32,166.01* |
| 2<br>*DHL Global Fowarding*<br>*P.O. Box 277233*<br>*Atlanta GA 30384* | Phone:<br>*DHL Global Fowarding*<br>*P.O. Box 277233*<br>*Atlanta GA 30384* | *Services/advances* | | $ *21,029.74* |
| 3<br>*ARC Logistics, Inc*<br><br>*Suite 201*<br>*Long Beach CA  908010* | Phone:<br>*ARC Logistics, Inc*<br>*1950 East 220th Street*<br>*Suite 201*<br>*Long Beach CA  908010* | *Services/advances* | | $ *17,051.25* |
| 4<br>*Reax Enginerring*<br>*1921 University Ave*<br>*Berkeley CA 94704* | Phone:<br>*Reax Enginerring*<br>*1921 University Ave*<br>*Berkeley CA 94704* | *Services/advances* | | $ *13,224.00* |
| 5<br>*R&L Carriers Inc*<br>*P.O. Box 271*<br>*Wilmington OH 45177* | Phone:<br>*R&L Carriers Inc*<br>*P.O. Box 271*<br>*Wilmington OH 45177* | *Services/advances* | | $ *10,515.73* |

B4 (Official Form 4) (12/07)

_____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>J. Kellogg & Associates<br>P.O. Box 6428<br>Miramar Beach FL 32550 | Phone:<br>J. Kellogg & Associates<br>P.O. Box 6428<br>Miramar Beach FL 32550 | Services/advances | | $ 6,433.79 |
| 7<br>Fresh Warehousing & Fulfillment<br>4300 Church Road<br>East Saint Louis IL 62207 | Phone:<br>Fresh Warehousing & Fulfillment<br>4300 Church Road<br>East Saint Louis IL 62207 | Services/advances | | $ 3,625.25 |
| 8<br>Pacific Coast Crown<br>15151 Salt Lake Ave<br>La Puente CA 91746 | Phone:<br>Pacific Coast Crown<br>15151 Salt Lake Ave<br>La Puente CA 91746 | Vendor | | $ 2,575.45 |
| 9<br>Uline<br>2200 S. Lakeside Drive<br>Waukegan IL 60085 | Phone:<br>Uline<br>2200 S. Lakeside Drive<br>Waukegan IL 60085 | Services/advances | | $ 1,844.41 |
| 10<br>AXIS Legal Counsel<br><br>Suite 18<br>Los Angeles CA  90036 | Phone:<br>AXIS Legal Counsel<br>5670 Wilshire Blvd<br>Suite 18<br>Los Angeles CA  90036 | Services/advances | | $ 1,590.00 |
| 11<br>Office Team<br><br>Suite 900<br>Los Angeles CA  90024 | Phone:<br>Office Team<br>10960 Wilshire Blvd<br>Suite 900<br>Los Angeles CA  90024 | Services/advances | | $ 1,040.00 |
| 12<br>Criteria Corp<br> 9536 Wilshire Blvd<br>Los Angeles CA 90012 | Phone:<br>Criteria Corp<br> 9536 Wilshire Blvd<br>Los Angeles CA 90012 | Vendor | | $ 995.00 |
| 13<br>One Five Three Group<br>P.O. Box 279<br>McCordsville IN 46055 | Phone:<br>One Five Three Group<br>P.O. Box 279<br>McCordsville IN 46055 | Vendor | | $ 363.00 |

B4 (Official Form 4) (12/07)

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Lodeso, Inc<br><br>#100<br>Zeeland MI   49464 | Phone:<br>Lodeso, Inc<br>10845 Chicago Dr<br>#100<br>Zeeland MI   49464 | Vendor | | $ 200.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, _Alexander Eburne_____, _CEO_____ of the _Corporation_____ named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.

Date: _11/8/2015_____    Signature  _/s/ Alexander Eburne_____

Name: **Alexander Eburne**

Title: CEO

Form B1, Exh.A (9/97)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re *EcoSmart, Inc,*
   *a Corporation*

Case No.
Chapter  *11*

_____ / Debtor

## Exhibit "A" to Voluntary Petition

(If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.)

1. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934,
   the SEC file number is  *Not Applicable*  ;

2. The following financial data is the latest available information and refers to the debtor's condition on  _____

   a. Total assets               $     *0.00*
   b. Total debts (including debts listed in 2.c., below)  $  *112,290.63*

   c. Debt securities held by more than 500 holders.

   | Debt Issue | Type | Total $ Amount Outstanding | Approximate Number of Holders |
   |---|---|---|---|
   |  |  | $ |  |
   |  |  | $ |  |
   |  |  | $ |  |
   |  |  | $ |  |
   |  |  | $ |  |

   d. Number of shares of preferred stock      *NONE*      *NONE*
   e. Number of shares of common stock       *NONE*      *NONE*

   Comments, if any:
   *NONE*

3. Brief description of debtor's business:

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the debtor:
   *NONE*

CERTIFICATE OF DIRECTORS OF ECOSMART INC., A CALIFORNIA CORPORATION,

I, Alexander Ebrune, do hereby certify:

1.    That I am the duly elected and acting CEO and a Director of EcoSmart, Inc., a California corporation, dba EcoSmart Fire and Brown Jordan Fires.

2.    That at a special meeting of the Board of Directors of EcoSmart, Inc., duly held on November 6 ,2015, the following resolutions were duly enacted, and the same remain in full force and effect, without modification, as of the date hereof:

>    RESOLVED, based upon unforeseen events and advice of counsel, that it is desirable and for the best interests of this corporation, its creditors, stockholders and other interested parties, that a Petition be filed by this corporation under the provisions of Chapter 11 of the Bankruptcy Code.

>    FURTHER RESOLVED that a Petition under said Chapter 11 shall be filed and submitted by the CEO of the corporation and the same hereby is approved and adopted in all respects, and the CEO of this corporation is hereby authorized and directed on behalf of and in the name of the corporation, to execute and verify such Petition and to cause the same to be filed with the United States Bankruptcy Court, Central District of California.

>    FURTHER RESOLVED that, the CEO of this corporation be and hereby is authorized to execute and file all petitions, schedules, lists and other papers to take any and all action which he/she may deem necessary and proper in connection with such proceedings under said Chapter 11 and in that connection to retain and employ all assistance by legal counsel or otherwise which he/she may deem necessary and proper with a view to the successful termination of such proceedings.

FURTHER RESOLVED, that WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP, be and hereby is retained as attorneys for the corporation in connection with the institution of and maintaining of such proceedings.

Dated: November 8, 2015

/s/ Alexander Eburne
EcoSmart, Inc.

CDC Local Rule 1015-2 (Rev. 6/98) West Group, Rochester, NY

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which the debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature thereof the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    *None*

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    *None*

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    *None*

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding (s).)

    *None*

    I declare, under penalty of perjury, that the foregoing is true and correct.

    Executed at __Los Angeles__ ,California.    __/s/ Alexander Eburne__

    Dated __11/8/2015__    Debtor: *EcoSmart, Inc*
    *Alexander Eburne, CEO*

Verification of Creditor Mailing List - (Rev. 10/05)                                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name *SIMON ARON, ESQ*

Address *11400 West Olympic Blvd, 9th F Los Angels, Ca 90064*

Telephone

[X]    Attorney for Debtor(s)
[ ]    Debtor In Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years:<br>*In re  EcoSmart, Inc* | Case No. |
|---|---|
| | Chapter *11* |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __7__ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: *11/8/2015*

/s/ Alexander Eburne

Debtor: *EcoSmart, Inc*

Attorney: *SIMON ARON, ESQ*

Joint Debtor:

```
EcoSmart  Inc
3641 Holdrege Avenue
Suite B
Los Angeles  CA  90016


SIMON ARON  ESQ
11400 West Olympic Blvd
9th Floor
Los Angels  Ca  90064
```

3641 Holdredge Avenue  LLC
11400 W  Olympic Blvd
Suite 860
Los Angeles  CA  90064


Alexander Eburne
3641 Holdrege Avenue
Suite B
Los Angeles  CA  90016


Alice Kristensen
P O  Box 98840
Seattle  WA  98198


ARC Logistics  Inc
1950 East 220th Street
Suite 201
Long Beach  CA  908010


Armando Toral-Guzman
928 Sepulveda Street
San Pedro  CA  90731


Arthur J  Ghallegar
Level 19
2 Park Street
Sydney  Australia  2000


AXIS Legal Counsel
5670 Wilshire Blvd
Suite 18
Los Angeles  CA  90036


Willam Brown
29136 Portobello Road
Birmingham  AL  35242


Brown Jordan Company
475 West Town Place
#201
Saint Augustine  FL  32092

Chemisphere
P O  Box 957593
Saint Louis  MO  63195-7593


Christopher Alvarez
6440 Orange Street
Apt  #107
Los Angeles  CA  90048


Criteria Corp
 9536 Wilshire Blvd
Los Angeles  CA  90012


Cynthia Klick Associates  LLC
3703 Casco Ave
Wayzata  MN  55391


David Goehring
P O  Box 654
Acampo  CA  95220


Dawn Chase Kahn Trustee
Steven Chase Separate Prop Trt
456 North Edinburgh Ave
Los Angeles  CA  90048


DHL Global Fowarding
P O  Box 277233
Atlanta  GA  30384


Ed Brooks
15 East Ocean Avenue
Boynton Beach  FL  33435


Elite Ideas Inc
4200 River Ave
Newport Beach  CA  92663


Elton Associates
P O  Box 432
Cape Charles  VA  23310

Erdem International  LLC
710 Military Cutoff Road
Suite 310
Wilmington  NC  28405


Fresh Warehousing & Fulfillment
4300 Church Road
East Saint Louis  IL  62207


Grace Herrera
656 S  Taylor Ave
Montebello  CA  90640


Grady Prevette
402 Woodland Drive
Greensboro  NC  27408


Greg Landis
1402 W  Elmdale Ave
1W
Chicago  IL  60660


Hill & Associates
305 West Spring Creek Pkwy
C 104
Plano  TX  75023


J  Kellogg & Associates
P O  Box 6428
Miramar Beach  FL  32550


James Heil
20118 N  67th Ave
Suite 300 #118
Glendale  AZ  85308


Jodie Veeder
24684 East Crestline Place
Aurora  CO  80016

John Balch
819 Banner Drive
Murfreesboro   TN   37129


Joseph Santa Cruz
12756 Matteson Ave
#4
Los Angeles  CA  90066


Karen Kordes
1745 Colby Avenue
Apt 5
Los Angeles  CA  90025


Kathleen Lam
28521 Horseshoe Circle
Santa Clarita  CA  91390


Kelly Fenton
323 North Vermont Ave
Glendora  CA  91741


Kim Rodgers
1817 17th St
Apt A
Santa Monica  CA  90404


Kirsten Mitchell
1150 Galapago St
Apt 111
Denver  CO  80204


Klem Group
70 Lenox Pointe NE
Suite C
Atlanta  GA  30324


Leah Alexander
4231 Tradewinds Dr
Valley Village  CA  91607

Liberty International Underwriters
Level 27
Gateway 1 Macquarie Place
Sndney  NSW  Australia  2000


Linda Chitwood
1421 Montdore Drive
Ballwin  MO  63021


Lodeso  Inc
10845 Chicago Dr
#100
Zeeland  MI  49464


Los Angeles Industrial Park  LLC
1800 E  Imperial Highway
Suite 205
Brea  CA  92821


Mariella Marquez
17012 Lawnwood St
La Puente  CA  91744-3432


Mark Cannon
118 Fairview Drive
Saint Charles  IL  60174


Morgan Reitz
17 John Street
5D
New York  NY  10038


Ncompass
P O  Box 77392
Charlotte  NC  28271


Office Team
10960 Wilshire Blvd
Suite 900
Los Angeles  CA  90024

One Five Three Group
P O Box 279
McCordsville  IN  46055


Pacific Coast Crown
15151 Salt Lake Ave
La Puente  CA  91746


Patrick Shanahan LLC
127 Lakeshore Vista
Howell  MI  48843


Pau Torruella
11216 White Rock Terrace
Bradenton  FL  34211


Paul H Lyman Companies
14 Geneva Blvd
Burnsville  MN  55306


Pedro Manalo
18675 Kirkcolm Lane
Porter Ranch  CA  91326


Peter Basso
3300 Scenic Valley Drive
West Des Moines  IA  50265


R&L Carriers Inc
P O Box 271
Wilmington  OH  45177


Raquel Trisolini
3500 Manhattan Ave
Apt 101
Brooklyn  NY  11211


Reax Enginerring
1921 University Ave
Berkeley  CA  94704

Rebecca Freeman
1860 W Belt Line Rd
Cedar Hill  TX  75104


Robert Ryan
6501 Greenway Parkway
#103-291
Scottsdale  AZ  85254


Sara Murray
852 Hyperion Ave
Los Angeles  CA  90029


Scott Elis
21 Fresh Meadow Road
Weston  CT  06883


Shane Pfannenstiel
804 Broom Way
Los Angeles  CA  90049


Sheyda Alemzadeh
4705 Kester Ave
#216
Sherman Oaks  CA  91403


SS and M Corporation
P O  Box 1773
Pawcatuck  CT  06379


The Fire Company
Showroom 3 & 4
40-42 O'Riordan Street
Alexandria  NSW  Australia  2015


The Guardian Life Ins  Co of Americ
7 Hanover Square
Customer Service H-6-D
New York  NY  10004

Timothy Gilbride
149 West Moore Ave
Gilbert  AZ  85233


Todd Crandall
1564 Tennesee Walker Drive
Roswell  GA  30075


Uline
2200 S  Lakeside Drive
Waukegan  IL  60085


Vicki Bennis
130 N  Wetherly Drive
#206
Los Angeles  CA  90048


Walter Raya
4343 Lima St
Los Angeles  CA  90011


WR Markowitz Ent Inc
15204 Duke St
Tustin  CA  92782


Xavier Alvarez
1848 Copa Way
Monterey Park  CA  91754